(22 Misc. Rep. 372.)

NATIONAL LEAD CO. v. DAUCHY et al.

(Supreme Court, Special Term, Albany County. January 25, 1898.)

COSTS—EXTRA ALLOWANCE.

In an action for goods sold and delivered to the amount of $19,000, wherein defendants put in issue the sale and delivery of over 300 items, and there was a judgment against them, plaintiff was entitled to an extra allowance of $500, under Code Civ. Proc. § 3253.

Motion by the National Lead Company for an additional allowance, under the provisions of Code Civ. Proc. § 3253, in an action against Charles H. Dauchy and another.　Granted.

Alexander & Green, William C. Prime, and Samuel Foster, for the motion.

Lewis E. Griffeth, opposed.

CLEARWATER, J.　The plaintiff sued to recover $19,354 for white lead, oils, etc., sold by it to the defendants, and delivered to various customers of the defendants at different times and in different places, as directed by them.　An attachment was obtained and is still in force.　A bill of items was demanded and served.　A defense was interposed, which put in issue the sale and delivery of upward of 300 items of the plaintiff's claim, proof of which was thus required, and was made.　The cause was tried before a referee, who gave judgment for the plaintiff in the sum of $20,207.11, and who certifies that, in his opinion, the case was difficult and extraordinary, and that the plaintiff is entitled to an additional allowance.　The granting of this is opposed by the defendants upon the ground that the action is an ordinary, and not an extraordinary and difficult, one.　In a general way, it may be said that most actions are ordinary, in that similar causes are frequently before the courts; but, save for the fact that the form of the action is contract, this cause was neither usual nor simple, and clearly involved more than ordinary labor and preparation by counsel.　The statute should receive a fair, even a liberal, construction, and, in important and substantial litigations such as this, a proper allowance should be made, due regard being had to the situation of the defeated party.　An additional allowance of $500 is granted, and may be taxed with the plaintiff's costs.